over, because relator would be entitled only to withdraw his guilty plea and go to trial and not to immediate release, habeas corpus is not an appropriate remedy *(see, People ex rel. Hall v LeFevre,* 60 NY2d 579, 580; *People ex rel. Kaplan v Commissioner of Correction of City of N. Y.,* 60 NY2d 648, 649). (Appeal from Judgment of Supreme Court, Cayuga County, Contiguglia, J.—Habeas Corpus.) Present—Denman, P. J., Balio, Lawton, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK McWETHY, Appellant. (Appeal No. 1.) [612 NYS2d 986] — Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.— Criminal Sale Controlled Substance, 3rd Degree.) Present— Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK McWETHY, Appellant. (Appeal No. 2.) [612 NYS2d 987] — Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.— Burglary, 3rd Degree.) Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT L. BELL, Appellant. [610 NYS2d 1054] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Sirkin, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Denman, P. J., Balio, Lawton, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL T. LaBARR, Appellant. [610 NYS2d 923] —Judgment unanimously affirmed *(see, People v Fratta,* 83 NY2d 771). (Appeal from Judgment of Monroe County Court, Connell, J.— Forgery, 2nd Degree.) Present—Denman, P. J., Balio, Lawton, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO MENDEZ, Appellant. [610 NYS2d 924] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Burke, J.—Criminal Possession